## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-01435-RPM

IBEX, LLC and PETER VANDERBROUK,

     Plaintiffs,

**v.**

RIGHT AT HOME, LLC, BRIAN PETRANICK,
MARGARET HAYNES, SUSIE DUNN,
TOTAL HEALTHCARE STAFFING, INC, MARK TERRY,
IT'S ALL GOOD INVESTMENTS LLC d/b/a GOOD WEED,
IT'S ALL GOOD ENTERPRISES LLC d/b/a GOOD WEED,
601 E. LAS VEGAS LLC, 319 S. PROSPECT, LLC,
819 E. CUCHARRAS, LLC, MENTOR BUSINESS CONSULTING, LLC, and
RIGHT INVESTMENTS, LLC,

     Defendants.

_____

## MOTION TO REMAND TO STATE COURT FOR
## LACK OF SUBJECT MATTER JURISDICTION
_____

Plaintiffs Ibex, LLC ("Ibex") and Peter Vanderbrouk ("Mr. Vanderbrouk") hereby move the Court to remand the above-captioned matter (the "Action") to the District Court for El Paso County, Colorado (the "State Court") for lack of subject matter jurisdiction (the "Motion") and in support thereof state the following:

## CERTIFICATE OF CONFERRAL

In accordance with D.C.COLO.L.CivR 7.1, the undersigned counsel hereby certifies that he has conferred in good faith concerning the Motion with counsel for the parties which have

been served in this Action (*i.e.*, Right at Home, LLC, Brian Petranick, Margaret Haynes, and Susie Dunn). The Motion is opposed.

## MOTION

1.      This Action centers around the purchase of a franchise and pre-contractual fraud committed by both the franchisor and the prior franchisee owner who sold a franchise to one of the Plaintiffs.

2.      On May 24, 2017, Ibex commenced this Action in the State Court against the franchisor, Right at Home, LLC, and three of its executives: Brian Petranick, Margaret Haynes, and Susie Dunn (collectively, the "Franchise Defendants").

3.      On June 13, 2017, the Franchise Defendants removed this Action to this Court on the basis of diversity jurisdiction.

4.      There are no federal questions in this Action.

5.      On June 20, 2017, the Plaintiffs filed their First Amended Complaint and Jury Demand (Dkt. # 12) ("Amended Complaint") to add claims against the entity and individual who sold the franchise – Total Health Care Staffing, Inc. ("THS") and Mark Terry ("Mr. Terry").

6.      In their Amended Complaint, Plaintiffs also added unjust enrichment claims against all of the entities that received monies stolen by THS and Mr. Terry from customers of the franchise – It's All Good Investments, LLC, It's All Good Enterprises, LLC, 601 E. Las Vegas, LLC, 319 S. Prospect, LLC, 819 E. Cucharras, LLC, Mentor Business Consulting, LLC and Right Investment, LLC (collectively, the "New LLC Defendants").

7.      As alleged in Paragraph 6 of the Amended Complaint, THS is a Colorado corporation with its principal place of business at 1902 E. Boulder Street in Colorado Springs,

Colorado, and is a citizen of the State of Colorado. (*See also*, THS's most recent periodic report dated March 3, 2017, with the Colorado Secretary of State - attached hereto as <u>Exhibit 1</u>).

8.      As alleged in Paragraph 7 of the Amended Complaint, Mr. Terry a resident of El Paso County, Colorado, and is a citizen of the State of Colorado. (*See also*, the El Paso County Public Assessor's office website showing Mr. Terry as the owner of the residence located at 5128 Neeper Valley Road in Manitou Springs, Colorado - attached hereto as <u>Exhibit 2</u>).

9.      As alleged in Paragraphs 8 – 14 of the Amended Complaint, the New LLC Defendants are all Colorado limited liability companies which are, upon information and belief, owned in whole or part by Mr. Terry, a Colorado citizen.

10.     In light of the foregoing, there is not complete diversity of citizenship between the Plaintiffs and the Defendants to this Action.  Accordingly, this Court does not have jurisdiction pursuant to 28 U.S.C. § 1332.

WHEREFORE, Plaintiffs respectfully request that this Court remand this Action back to State Court.

Respectfully Submitted this 20th day of June 2017

                              **JENSEN DULANEY LLC**


                              *E-filed – Original Signature on file at Jensen Dulaney LLC*
                              <u>/s/ Erin M. Jensen</u>
                              Erin M. Jensen
                              444 E. Pikes Peak Ave., Suite 200
                              Colorado Springs, CO 80903
                              Telephone: (719) 362-5562
                              ejensen@jensendulaney.com
                              *Attorney for Plaintiffs*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 20, 2017, a true and correct copy of foregoing **MOTION TO REMAND TO STATE COURT FOR LACK OF SUBJECT MATTER JURISDICTION** was filed and served via CM/ECF to the following:

Margaret Young Cass, Esq.
Heather Carson Perkins, Esq.
Faegre Baker Daniels LLP-Denver
1700 Lincoln Street, Suite 3200
Denver, CO  80203-4532

*/s/ Erin M. Jensen*
Erin M. Jensen