IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 17-cv-01435-RPM

IBEX, LLC, and
PETER VANDERBROUK,

    Plaintiffs,

vs.

RIGHT AT HOME, LLC,
BRIAN PETRANICK,
MARGARET HAYNES,
SUSIE DUNN,
TOTAL HEALTHCARE STAFFING, INC,
MARK TERRY,
IT'S ALL GOOD INVESTMENTS LLC d/b/a GOOD WEED,
IT'S ALL GOOD ENTERPRISES LLC d/b/a GOOD WEED,
601 E. LAS VEGAS LLC,
319 S. PROSPECT, LLC,
819 E. CUCHARRAS, LLC,
MENTOR BUSINESS CONSULTING, LLC, and
RIGHT INVESTMENTS, LLC,

    Defendants.
_____

## ORDER FOR REMAND
_____

After this civil action was removed by the defendants named in the complaint filed in the District Court, El Paso County, Colorado, the plaintiffs filed an amended complaint in this court on June 20, 2017 (Doc. 12) adding additional parties who are Colorado citizens, destroying diversity of citizenship.  The plaintiffs filed a motion to remand (Doc. 13).  The amended complaint is filed as a matter of right under both Colorado and Federal Rule 15.  The added defendants are alleged to be directly involved in the facts giving rise to the claims for relief.  It is

ORDERED that this case is remanded to the District Court, El Paso County, Colorado.

DATED: June 28, 2017

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge